**No. 41347.**—Protests 975314–G, etc., of Mitsui & Co., Ltd., et al. (New York).

Opinion by KINCHELOE, J. The protests were sustained in accordance with stipulation of counsel.

BEFORE THE THIRD DIVISION, MAY 17, 1939

**No. 41348.**—Protest 954495–G of Alex Smith & Sons Carpet Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that the carpet wool in question was produced in the French Sudan and imported in burlap-covered bales. The wool was not capable of being marked but the burlap coverings were marked "Sudan." It was held that "Sudan" was not sufficient to indicate that French Sudan, which is a colony, was the country of origin. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) distinguished. On the authority of Abstract 39520 and *Mitsui* v. *United States* (T. D. 49357) the protest was overruled.

**No. 41349.**—Protest 908766–G of D. & A. Sclafani, Inc. (New York).

Opinion by CLINE, J. It appeared that the onions were imported from Italy and packed in baskets having paper tags attached containing the words "Snails— Made in Italy." It was held that this marking is not sufficient to indicate that the onions were the produce of Italy. The protest was overruled on the authority of Abstract 34636.

BEFORE THE SECOND DIVISION, MAY 18, 1939

**No. 41350.**—Protests 361228–G, etc., of Dayan Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel articles composed in chief value of cellulose filaments similar to those the subject of Abstract 37230 were held dutiable as compounds of cellulose at 60 percent under paragraph 31, and Alençon lace like that the subject of *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) and filet lace similar to that passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable as embroidered at 75 percent under paragraph 1430 as claimed.

**No. 41351.**—Protest 842949–G of International Hdkf. Mfg. Co. (New York).

Opinion by TILSON, J. The record showed that the merchandise consists of boxes composed of surface-coated paper. On the authority of *Coty* v. *United States* (23 C. C. P. A. 117, T. D. 47768) they were held separately dutiable at 5 cents per pound and 20 percent ad valorem under paragraph 1405 as claimed.